[No. 30619-4-III.   Division Three.   December 6, 2012.]

JOSEPH W. SCHOENMAKERS, *Appellant*, v. CHRISTIAN PATRICK BAGDON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-2-01245-2, John E. Bridges, J., entered January 11, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney and Brown, JJ.

[No. 65942-1-I.   Division One.   December 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS BENITEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00867-1, Dave Needy, J., entered August 25, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Lau, J.

[No. 66507-3-I.   Division One.   December 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MERLIN NORMAN BELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06286-9, Cheryl B. Carey, J., entered January 6, 2011. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 66714-9-I.   Division One.   December 10, 2012.]

THE ESTATE OF PATRICK NELSON CONNELLY, *Appellant*, v. SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-37337-5, Mary Yu, J., entered January 21, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Appelwick, J.